1
2
3
4
5
6
7

**FILED**

MAY 2 9 2013

CLERK, U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

8

## UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11  IVORY J. PHILLIPS,                              Civil     12-2870 WQH (BGS)
12                                                  No.
                                      Petitioner,
13                                                  **ORDER DISMISSING CASE**
             v.                                     **WITHOUT PREJUDICE AND**
14                                                  **WITHOUT LEAVE TO AMEND**
    CALIFORNIA DEPARTMENT OF
15  CORRECTIONS AND
    REHABILITATION,
16
                                      Respondent.
17

18        On November 27, 2012, Petitioner, a state prisoner proceeding pro se, submitted
19  a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a
20  request to proceed in forma pauperis. The Court granted the motion to proceed in forma
21  pauperis and dismissed the case without prejudice and with leave to amend on January
22  4, 2013. (ECF No. 4.) In its Order, the Court noted that Petitioner had failed to state a
23  cognizable claim pursuant to 28 U.S.C. § 2254, failed to name a proper respondent,
24  failed to allege exhaustion of his state judicial remedies and failed to establish this Court
25  had jurisdiction. (*Id.*) Petitioner was given until March 1, 2013, to file a First Amended
26  Petition that cured the pleading deficiencies outlined in the Court's Order. (*Id.*)
27  Specifically, Petitioner was advised that if he wished to challenge the conditions of his
28  confinement, he needed to file a complaint pursuant to 42 U.S.C. § 1983; Petitioner was
    provided with at blank 42 U.S.C. § 1983 form. (*Id.*)

1    On February 22, 2013, Petitioner filed a document which the Court construed as
2  a motion for extension of time to file an Amended Petition.  (*See* ECF Nos. 5-6.)
3  Meanwhile, on March 11, 2013, Petitioner filed a new civil rights complaint pursuant to
4  42 U.S.C. § 1983, which was given case number 13cv0567 JAH (WMc).  On March 22,
5  2013, the Court granted Petitioner an extension of time to file an Amended Petition in
6  this case (12cv2870) that stated a cognizable federal habeas claim.  Petitioner was given
7  until April 29, 2013 to do so.

8    On May 1, 2013, Petitioner filed a document entitled "Request for Extension of
9  Time and Tolling, in Complaint Under the Civil Rights Act 42 U.S.C. § 1983, § 3 42
10  U.S.C.A. § 2000cc1."  (*See* ECF No. 11.)  In it, Petitioner states he is "confused about
11  this Court's deadline for filing by 4/29/13, regarding two case numbers (PHILLIPS V.
12  CDCR (USDC So Dist CA, 2012) 12-2870 WQH (BGS) and PHILLIPS V. JANDA
13  (USDC So Dist CA, 2013) 13cv0567 JAH (WMc)."  Petitioner also again details
14  complaints he has about the conditions of his confinement.  (*Id.*)

15    Because Petitioner has a pending civil rights case pursuant to 42 U.S.C. § 1983
16  which raises his complaints about the conditions of his confinement, and because it
17  appears clear at this point that Petitioner is not seeking to challenge his state court
18  conviction, this case is **DISMISSED** without prejudice and without leave to amend.
19  Petitioner may continue to pursue his civil rights complaints via case number 13cv0567
20  JAH (WMc).  The Clerk shall close the file.

21    **IT IS SO ORDERED.**

22  DATE: ___5/29/13___          _____
23                                WILLIAM Q. HAYES
24                                UNITED STATES DISTRICT JUDGE

25

26

27

28

I:\Everyone_EFILE-PROSE\WQH\12cv2870_dismiss2.wpd, 52913                    -2-                                    12cv2870