**FILED**

MAY 29 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVORY J. PHILLIPS,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　　　　　Respondent. | Civil No.　12-2870 WQH (BGS)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE AND WITHOUT LEAVE TO AMEND** |

　　On November 27, 2012, Petitioner, a state prisoner proceeding pro se, submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. The Court granted the motion to proceed in forma pauperis and dismissed the case without prejudice and with leave to amend on January 4, 2013. (ECF No. 4.) In its Order, the Court noted that Petitioner had failed to state a cognizable claim pursuant to 28 U.S.C. § 2254, failed to name a proper respondent, failed to allege exhaustion of his state judicial remedies and failed to establish this Court had jurisdiction. (*Id.*) Petitioner was given until March 1, 2013, to file a First Amended Petition that cured the pleading deficiencies outlined in the Court's Order. (*Id.*) Specifically, Petitioner was advised that if he wished to challenge the conditions of his confinement, he needed to file a complaint pursuant to 42 U.S.C. § 1983; Petitioner was provided with at blank 42 U.S.C. § 1983 form. (*Id.*)

On February 22, 2013, Petitioner filed a document which the Court construed as a motion for extension of time to file an Amended Petition. (*See* ECF Nos. 5-6.) Meanwhile, on March 11, 2013, Petitioner filed a new civil rights complaint pursuant to 42 U.S.C. § 1983, which was given case number 13cv0567 JAH (WMc). On March 22, 2013, the Court granted Petitioner an extension of time to file an Amended Petition in this case (12cv2870) that stated a cognizable federal habeas claim. Petitioner was given until April 29, 2013 to do so.

On May 1, 2013, Petitioner filed a document entitled "Request for Extension of Time and Tolling, in Complaint Under the Civil Rights Act 42 U.S.C. § 1983, § 3 42 U.S.C.A. § 2000cc1." (*See* ECF No. 11.) In it, Petitioner states he is "confused about this Court's deadline for filing by 4/29/13, regarding two case numbers (PHILLIPS V. CDCR (USDC So Dist CA, 2012) 12-2870 WQH (BGS) and PHILLIPS V. JANDA (USDC So Dist CA, 2013) 13cv0567 JAH (WMc)." Petitioner also again details complaints he has about the conditions of his confinement. (*Id.*)

Because Petitioner has a pending civil rights case pursuant to 42 U.S.C. § 1983 which raises his complaints about the conditions of his confinement, and because it appears clear at this point that Petitioner is not seeking to challenge his state court conviction, this case is **DISMISSED** without prejudice and without leave to amend. Petitioner may continue to pursue his civil rights complaints via case number 13cv0567 JAH (WMc). The Clerk shall close the file.

**IT IS SO ORDERED.**

DATE: 5/29/13

WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE